# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE VAN WARREN,**

    **Petitioner,**

**v.**

**LEE RYKER, Warden,**

    **Respondent.**　　　　　　　　　　**No. 10-CV-0001-DRH-SCW**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Stephen C. Williams.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 28, 2011, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------------

                                     **NANCY J. ROSENSTENGEL,**
                                     **CLERK OF COURT**


                                  **BY:**      **/s/*Sandy Pannier***
                                                      **Deputy Clerk**

Dated: April 28, 2011

Digitally signed by David R. Herndon
Date: 2011.04.28 14:05:34 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT